May 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

COHEN ACQUISITION CORP., Appellant

NO. 14-14-00330-CV                    V.

EEPB, P.C., F/K/A EASLEY, ENDRES, PARKHILL & BRACKENDORFF, P.C.,
Appellee

_____

This cause, an appeal from the judgment in favor of appellee, EEPB, P.C., f/k/a Easley, Endres, Parkhill & Brackendorff, P.C., signed February 12, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Cohen Acquisition Corp., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.